UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:04CR548 HEA |
| NORIEL K. SNIDER, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on Defendant's Motion to Reduce Term of Imprisonment Pursuant to Title 18 U.S.C. §3582 [Doc. #67]. Upon review of the court file and the sentencing judgment, the Court concludes that the defendant is not eligible for a reduction in sentence pursuant to Title 18 U.S.C. §3582.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion [Doc. #67] filed pursuant to 18 U.S.C. §3582(c)(2) is hereby **DENIED**.

Dated this 17th day of March, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE